UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | |
| | * | Criminal No.12-cr-10165-IT |
| DERVON BENEDICT, | * | |
| | * | |
| Defendant. | * | |

ORDER

December 17, 2014

TALWANI, D.J.

In his Motion for Early Termination of Supervised Release [#3], Dervon Benedict states that he "is half Cape Verdean and would like to travel there and to other locations overseas." Benedict further states that "the advance notification requirements of the department and of his work are such that overseas travel is impossible because he cannot simultaneously satisfy both requirements." The court hereby requests that Benedict file a supplement to his motion by December 29, 2014, providing additional information as to why the advance notification requirements of the department and his work have made it impossible for him to travel overseas.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge